UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | Dkt. No. 3:99CR81-002/LAC |
| ) | |
| NODIE LYNN LAKE  ) | |

## ORDER CONTINUING SUPERVISION

THIS MATTER CAME on to be heard on September 28, 2005; there appearing Assistant U.S. Attorney Randall Hensel; and the defendant, Nodie Lynn Lake, appearing in person with counsel, Assistant Federal Public Defender Robert Dennis; and after hearing the releasee agree to continued supervision with a modification as described below, the Court withheld a finding of violation of supervised release. The Court orders the defendant be continued under supervision with the following additional special condition:

Special Condition: "The supervised releasee shall enter and successfully complete inpatient treatment at the Metamorphosis Substance Abuse Treatment Program, 4201 SW 21st Place, Gainesville, Florida 32607, and remain there until treatment is no longer deemed necessary. The cost of the program will be borne by the supervised releasee. While at the treatment program, the supervised releasee shall comply with all rules and regulations of the program and comply with the instructions of staff. The supervised releasee shall remain in custody until the U.S. Probation Office certifies to the U.S. Marshals Service that a bed space is available at the treatment program."

DONE AND ORDERED in Open Court at Pensacola, Florida, this  28th  day of September, 2005.

_____
The Honorable Lacey A. Collier
Senior U.S. District Judge

Date Signed: 28 Sept 05

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 SEP 29 PM 1:42

FILED